| | | | | | |
|---|---|---|---|---|---|
| 16-136 | Chandler v. Rutland Herald Publishing | Affirmed | 8/23/16 | Windham Civ. | 151/344 |
| 16-286 | Dowling v. Point Five Development L Grant & James, LLC | Denied | 8/29/16 | Orig. Juris. | 151/344 |
| 16-289 | State v. Kane | Affirmed | 9/1/16 | Benn. Crim. | 152/468 |
| 16-038 | Hobson v. Hobson | Reargument denied | 9/2/16 | Wash. Fam. | 152/468 |
| 16-292 | Bandler v. Cohen Rosenthal & Kramer, LLP | Denied | 9/2/16 | Orig. Juris. | 152/468 |
| 16-304 | State v. Gould | Reversed | 9/2/16 | Rut. Crim. | 152/468 |
| 16-250 | Bank of New York Mellon v. Quinn | Reconsideration denied | 9/7/16 | Orig. Juris. | 152/468 |
| 16-313 | State v. Pape | Affirmed | 9/15/16 | Wash. Crim. | 152/468 |
| 15-315 | State v. Brakarenka | Affirmed | 9/16/16 | Lam. Crim. | 152/468 |
| 15-361 | State v. Chance | Affirmed | 9/16/16 | Chit. Crim. | 152/468 |
| 15-378 | State v. Nutbrown-Covey | Affirmed | 9/16/16 | Wash. Crim. | 152/468 |
| 15-427 | State v. Wright | Affirmed | 9/16/16 | Frank. Crim. | 152/468 |
| 16-037 | Schipper v. Sullivan | Affirmed | 9/16/16 | Windham Fam. | 152/468 |
| 16-088 | Fellows v. Pallito | Affirmed | 9/16/16 | Wash. Civ. | 152/468 |
| 16-100 | Maunsell v. Bank of New York Mellon Trust Co. | Affirmed | 9/16/16 | Chit. Civ. | 152/468 |
| 16-101 | Agency of Natural Resources v. Davis | Affirmed | 9/16/16 | Envtl. Div. | 152/468 |
| 16-177 | In re N.R. | Affirmed | 9/16/16 | Windsor Fam. | 152/468 |
| 16-208 | In re B.M. | Affirmed | 9/16/16 | Cal. Fam. | 152/468 |
| 16-212 | In re M.K. | Affirmed | 9/16/16 | Chit. Fam. | 152/468 |